BETTY GOLDBERG, Respondent, *v.* DAVID BLUSTEIN, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 3d day of March, 1914, denying a motion to compel the plaintiff's attorney to disclose the address of the plaintiff.

PER CURIAM: We think the plaintiff's attorney should have disclosed the address of his client. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.

---

JOHN BERNARDO, JR., an Infant, etc., Respondent, *v.* THE NEW YORK EDISON COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 28th day of June, 1913, upon the verdict of a jury, and also from an order entered on the 25th day of August, 1913, denying a motion for a new trial.

PER CURIAM: We think the verdict was clearly against the weight of evidence, and, therefore, there must be a new trial. The judgment and order appealed from are reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ. Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Order to be settled on notice.

---

JACOB HARRIS, as Administrator, etc., Appellant, *v.* ELLA S. REED, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 15th day of January, 1914, dismissing complaint at the close of plaintiff's case upon a trial at Trial Term, and also from an order entered on the 16th day of January, 1914, denying a motion for a new trial.

PER CURIAM: We think that the evidence in this case presented a question for the jury as to defendant's negligence and the freedom of the deceased from contributory negligence. The judgment and order appealed from should, therefore, be reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ. Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Order to be settled on notice.